JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.: **CV 25-1505-JFW(PDx)**　　　　　　　　　　　　　　　Date: December 12, 2025

Title: Delfy Lopez, et al. -v- Nissan North America, Inc., et al.

---

**PRESENT: HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**　　**ATTORNEYS PRESENT FOR DEFENDANTS:**
　　　　　None　　　　　　　　　　　　　　　　　　　　　　None

**PROCEEDINGS (IN CHAMBERS):　　ORDER OF DISMISSAL**

　　　In the Notice of Settlement filed on December 11, 2025, Docket No. 23, the parties represent that they have settled this action.  As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before March 12, 2026.  The Court will retain jurisdiction for the sole purpose of enforcing the settlement until March 12, 2026. Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice. All dates in this action, including the trial date are vacated.

　　　IT IS SO ORDERED.

Initials of Deputy Clerk  sr